**Order filed January 6, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00578-CV
_____

**TRELLTEX, INC. D/B/A TEXCEL, Appellant**

**V.**

**INTECX, L.L.C. D/B/A ROCKY MOUNTAIN INDUSTRIAL TECHNOLOGIES, Appellee**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2012-52277**

---

## ORDER

On December 18, 2014, appellant filed an agreed motion asking this court to adopt a briefing schedule. The motion is granted.

Accordingly we order the following:

• January 22, 2015: Deadline for Texcel's Appellate Brief;

• February 23, 2015: Deadline for RMIT's Cross-Appellate Brief/Response

to Texcel's Appellate Brief;

• March 13, 2015: Deadline for Texcel's Response to RMIT's Cross-Appellate Brief/Reply in Support of its Appellate Brief; and

• April 3, 2015: Deadline for RMIT's Reply in Support of its Cross-Appellate Brief.

PER CURIAM